IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMY SCHWARTZ, on behalf of herself and all others similarly situated, | ) ) ) | No. 3:14-cv-00276-ARC |
| Plaintiff, | ) ) | Hon. A. Richard Caputo |
| v. | ) ) | |
| JPMORGAN CHASE BANK N.A., | ) ) | |
| Defendant. | ) ) | |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)

**PLEASE TAKE NOTICE** Plaintiff Amy Schwartz, by her attorneys, hereby gives notice of the voluntary dismissal of her underlying action, *Schwartz v. JPMorgan Chase Bank N.A.*, No. 14-276 (M.D. Pa.), without prejudice, pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(i), with each side to bear its own costs. In accordance with Fed. R. Civ. P. Rule 41(a)(1)(A)(i), this voluntary dismissal has been filed before Defendant has filed an answer or a motion for summary judgment and before certification of any class.

Dated: May 1, 2014
      Penndel, PA

Respectfully submitted,

By: /s/ *David J. Cohen*
David. J. Cohen
KOLMAN ELY, P.C.
414 Hulmeville Avenue
Penndel, PA 19047
dcohen@kolmanlaw.net
Tel: (215) 750-3134

D. Greg Blankinship
Shin Y. Hahn
MEISELMAN, PACKMAN, NEALON,
SCIALABBA & BAKER P.C.
1311 Mamaroneck Avenue
White Plains, NY 10605
gblankinship@mpnsb.com
shahn@mpnsb.com
Tel: (914) 517-5000

*Attorneys for Plaintiff and the Putative Class*